**STATE v. HOWARD**

[367 N.C. 320 (2014)]

STATE OF NORTH CAROLINA v. MASON JAMEL HOWARD

No. 320A13

(Filed 7 March 2014)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 742 S.E.2d 858 (2013), dismissing defendant's appeal from judgments entered on 8 February 2012 by Judge W. Erwin Spainhour in Superior Court, Cabarrus County. Heard in the Supreme Court on 19 February 2014.

*Roy Cooper, Attorney General, by Teresa M. Postell, Assistant Attorney General, for the State.*

*Bryan Gates for defendant-appellant.*

PER CURIAM.

AFFIRMED.